**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PAUL JONES, | ) |
| **Plaintiff** | ) |
|  | ) |
| vs. | )    Civil Action No. 15-cv-11808-LTS |
|  | ) |
| FMS INVESTMENT CORP. ET AL, | ) |
| **Defendants** | ) |

### TRUSTEE'S SUGGESTION OF BANKRUPTCY ON BEHALF OF DYNAMIC RECOVERY SERVICES, INC.

PLEASE TAKE NOTICE that defendant Dynamic Recovery Services, Inc.[1] filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division on July 23, 2015, Case Number 15-32980-hdh7, the Honorable Harlin D. Hale presiding (the "Bankruptcy Case"). John H. Litzler is the duly appointed and acting Chapter 7 Trustee. Rochelle McCullough, LLP serves as the Trustee's proposed counsel in the Bankruptcy Case.

Under the provisions of Section 362 of the Bankruptcy Code, the filing of a bankruptcy petition operates as a stay, applicable to all entities, of the following:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

2. the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3. any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

---

[1] For identification purposes, the Tax ID of this entity is 75-2316756, and its principal place of business was located at 4101 McEwen Road, Suite 150, Farmers Branch, Texas 75244.

SUGGESTION OF BANKRUPTCY--PAGE 1

5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

6. any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

7. the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

8. the commencement or continuation of a proceeding before the U.S. Tax Court concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title."

11 U.S.C. § 362(a). Accordingly, the automatic stay is in effect and all claims against Dynamic Recovery Services, Inc. are subject thereto. Violation of the automatic stay may subject the offending party to penalties under the Bankruptcy Code. *See* Notice of Bankruptcy Case Filing, attached hereto and incorporated herein by reference.

Dated: August 28, 2015.

Respectfully submitted,

ROCHELLE McCULLOUGH, LLP

*/s/ Kathryn G. Reid*
Kevin D. McCullough
Texas State Bar No. 00788005
Kathryn G. Reid
Texas State Bar No. 24068126
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
Email: kdm@romclawyers.com
      kreid@romclawyers.com

PROPOSED COUNSEL FOR JOHN H. LITZLER,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on Plaintiff on August 28, 2015 via US Mail, First Class Postage Prepaid and email:

***Via US Mail, First Class Postage Prepaid and***
***US Mail, First Class Postage Prepaid, CMRRR #7013 2250 0002 2012 0021***
Paul Jones
572 Park Street
Stoughton, Ma 02072

***Via Email***
Pj22765@gmail.com

/s/ *Kathryn G. Reid* _____
Kathryn G. Reid

**SUGGESTION OF BANKRUPTCY--PAGE 3**